BEFORE THE THIRD DIVISION, DECEMBER 31, 1963

No. 68204.—National Silver Company *v.* United States, protests 293252-K and 293253-K (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.